# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DO NO HARM,<br><br>          *Plaintiff*,<br>v.<br><br>AMERICAN ASSOCIATION OF UNIVERSITY WOMEN,<br>          *Defendant.* | No. 1:24-cv-1782 |

## TIME-SENSITIVE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
### (Relief Requested by July 31, 2024)

  Defendant, American Association of University Women, is operating a racially discriminatory fellowship program that violates the Civil Rights Act of 1866, 42 U.S.C. §1981. AAUW awards fellowships to women who are pursuing business, law, or medicine—but only if they are "women of color." VC (Doc. 1) ¶¶21-23; AAUW, *Selected Professions Fellowships* (last visited June 20, 2024), perma.cc/5B2D-FHU2 (Ex. A). AAUW's Selected Professions Fellowships for the Focus Professions Group are "[o]nly open to women from ethnic minority groups" that AAUW considers "underrepresented": Black or African American, Hispanic or Latino/a, American Indian or Alaskan Native, Asian, and Native Hawaiian or Other Pacific Islander. VC ¶21; Ex. A, at 5. White students who are in medical school (like Do No Harm's Members A and B) are ineligible to apply. VC ¶¶22, 64-65; Ex. A, at 5. Because the Selected Professions Fellowships involves a "contract," AAUW is violating §1981. VC ¶¶33-40; Ex. A, at 7-8.

1

Members A and B are unable to compete on an equal footing for the Selected Professions Fellowships because of their race. They are ready and able to apply to the next cycle, and they will apply once the Court orders AAUW to stop discriminating based on race. A Decl. ¶19; B Decl. ¶21.

But time is of the essence. AAUW will open the application cycle on August 1, 2024, and close it on November 30, 2024. VC ¶19; *see* Ex. A, at 2. Once it's closed, AAUW will choose the winners, and Members A and B will lose their chance to compete during this application cycle. And if AAUW is not preliminarily enjoined, Members A and B could forever lose their chance to compete when they eventually enter their final years of medical school. All because of their race.

To preserve the status quo, Do No Harm asks this Court, **by July 31, 2024**, to enter a preliminary injunction prohibiting AAUW from closing the application process, awarding the Selecting Professions Fellowships for the Focus Professions Group, or otherwise operating this fellowship program as currently structured until further order of this Court. If more time is needed, this Court should enter a TRO prohibiting AAUW from opening the application process until this Court resolves the preliminary-injunction motion.

The Court should also waive the bond requirement under Federal Rule of Civil Procedure 65(c). *See City of Atlanta v. Metro. Atlanta Rapid Transit Auth.*, 636 F.2d 1084, 1084 (5th Cir. 1981).

Dated: June 20, 2024					Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy (DC Bar #489651)
Cameron T. Norris (VA Bar #91524)
  *Lead Counsel*
Frank H. Chang (DC Bar #1686578)
C'Zar Bernstein (DC Bar #1736561)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com
czar@consovoymccarthy.com

*Attorneys for Do No Harm*

## CERTIFICATE OF CONFERENCE

Because AAUW has not yet entered an appearance, counsel for Do No Harm has been unable to confer with AAUW's counsel regarding its position on the relief sought in this motion.

Dated: June 20, 2024                                                                 */s/ Cameron T. Norris*

## CERTIFICATE OF SERVICE

I filed this brief on the Court's electronic filing system. Per LCvR 65.1, I will send an in-person server who will deliver this motion, its attachments, and other case-opening documents to AAUW at the following address.

>American Association of University Women
>1310 L Street NW, Suite 1000
>Washington, DC 20005

Dated: June 20, 2024                                                                 */s/ Cameron T. Norris*