## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DO NO HARM,

*Plaintiff,*

v.

AMERICAN ASSOCIATION OF
UNIVERSITY WOMEN,

*Defendant.*

No. 1:24-cv-1782-LLA

## JOINT STIPULATION OF DISMISSAL

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the following:

1.      Do No Harm filed this lawsuit on June 20, 2024, challenging AAUW's Selected Professions Fellowships for the Focus Professions Group (the "Fellowship"). The Fellowship was "[o]pen only to women of ethnic minority groups historically underrepresented in certain fields within the United States." VC (Doc. 1) ¶1. Do No Harm alleged that AAUW violated 42 U.S.C. §1981 by excluding white applicants from the Fellowship.

2.      The Fellowship will no longer require applicants to belong to historically underrepresented ethnic minority groups. When choosing recipients for the Fellowship, AAUW will not consider applicants' race or ethnicity.

3.      The case is hereby dismissed, with both sides to bear their own fees and costs.

Dated: August 9, 2024

Respectfully submitted,

_/s/ Danielle Banks_
Mark E. Chopko (DC Bar No. 410353)
Danielle Banks (*Pro Hac Vice*)
Melissa L. Perry (*Pro Hac Vice*)
STRADLEY RONON STEVENS & YOUNG LLP
2000 K Street, Suite 700
Washington, DC 20006
Telephone: (202) 822-9611
Facsimile: (202) 822-0140
mchopko@stradley.com
dbanks@stradley.com
mperry@stradley.com

*Attorneys for American Association of University Women*

_/s/ Cameron T. Norris_
Thomas R. McCarthy (DC Bar #489651)
Cameron T. Norris (VA Bar #91524)
  *Lead Counsel*
Frank H. Chang (DC Bar #1686578)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com

*Attorneys for Do No Harm*